**In re Norman SHELTON, Petitioner.**

**No. 13–1469.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P.
March 14, 2013.

Opinion filed: May 24, 2013.

Norman Shelton, Lewisburg, PA, pro se.

Michael J. Butler, Esq., Office of United States Attorney, Harrisburg, PA, for Respondents.

Before: McKEE, Chief Judge, ALDISERT and BARRY, Circuit Judges.

## OPINION

PER CURIAM.

Petitioner Norman Shelton filed a petition for writ of mandamus on February 22, 2013, asking us to order the District Court to render a decision on his numerous pending motions for preliminary injunctions and restraining orders.

By order entered on April 4, 2013, the District Court denied Shelton's motions for "declaratory relief, preliminary injunctions, and temporary restraining orders," along with his other pending motions for default judgment and contempt. In the same order, the District Court dismissed the case entirely, by granting the Defendants' motion to dismiss and for summary judgment.

Because Shelton has now received the relief he requested in his mandamus petition, we will deny his mandamus petition as moot. *See Blanciak v. Allegheny Ludlum Corp.,* 77 F.3d 690, 698–99 (3d Cir. 1996).